IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–46–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JAMES THOMAS TARR, | |
| Defendant. | |

The government filed an unopposed motion to dismiss this case with prejudice on the grounds that Defendant James Thomas Tarr is deceased. Accordingly,

IT IS ORDERED that the government's motion to dismiss with prejudice, (Doc. 33), is GRANTED.

DATED this 31st day of January, 2022.

Donald W. Molloy, District Judge
United States District Court

1